| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

### Calendar Year 2003

| 1 Person Reporting (Last name, First name, Middle initial) | 2 Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Wolfson, Freda L | District of New Jersey | 05/03/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5 ReportType (check appropriate type) | 6 Reporting Period |
| --- | --- | --- |
| U.S. District Judge-Active | ○ Nomination, Date   ○ Initial   ● Annual   ○ Final | 01/01/2003 to 12/31/2003 |

| 7 Chambers or Office Address | 8 On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations |
| --- | --- |
| Mitchell H. Cohen Courthouse, One John F. Gerry Plaza Camden, NJ 08101 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 12 12 28 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2003 | State of New Jersey Office of Attorney General - Salary |
| 2. 2003 | Greenbaum, Rowe, Smith, Ravin, Davis & Himmel - Law Firm Partner |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Association of the Federal Bar-NJ | Contribution to Reception following Investature Ceremony | $5.000 |
| 2. | Former Law Clerks | Vase- at the time of Investiture | $500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children See pp. 32-34 of instructions)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |

Name of Person Reporting
Wolfson, Freda L

Date of Report
05/03/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NJ Garden State Bond | | None | | | Mature Redem | 6/15 | J | | |
| 2. NJ Garden State Bond | | None | J | T | | | | | |
| 3. Smith Barney Bank Deposit Program | A | Interest | J | T | | | | | |
| 4. NJ Garden State Bond | | None | J | T | | | | | |
| 5. NJ Garden State Bond | | None | J | T | | | | | |
| 6. NJ Garden State Bond | | None | J | T | | | | | |
| 7. U.S. Savings Bonds | | None | J | T | Partial Rede | unkno | J | C | |
| 8. U.S. Savings Bonds | | None | J | T | Partial Rede | 7/15 | J | B | |
| 9. IRA | | | | | Total Dist | 1/9 | J | | |
| 10. Smith Barney Prem. Securities Class C Mutual Funds | | None | J | T | | | | | |
| 11. Metro Football Stadium Dist. Co. | A | Interest | J | T | | | | | |
| 12. Alliance Premiere Growth Fund | | None | J | T | | | | | |
| 13. Arlington Tax-Exempt & Independent School District | B | Interest | J | T | | | | | |
| 14. FICO(zero coupon bond) | | None | J | T | | | | | |
| 15. FICO(zero coupon bond) | | None | J | T | | | | | |

| 1. Income/Gain Codes. | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes. | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Part VII Investments.

Items 10 and 12 on the 2002 report listed common stock in Hovnanian Enterprises, Inc. and Converse, respectively. These holdings are not included in the 2003 report because they do not meet the reporting threshold.

Item 13 of the 2002 Report. The income producing accounts do not meet the threshold reporting requirements, singly or in the aggregate

Item 7 of the 2003 Report. No date is listed for partial redemption of savings bonds because neither I nor the Bank could locate the specific date. However my best estismate is that it was sometime after July 15th and before the end of the reporting period I have included the appropriate value codes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature\_\_\_\_\_ ██████████████  Date  5/5/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544